Charles G. Miller, State Bar No. 39272
*cmiller@bzbm.com*
C. Griffith Towle, State Bar No. 146401
*ctowle@bzbm.com*
Michael D. Abraham, State Bar No. 125633
*mabraham@bzbm.com*
Kerry L. Duffy, State Bar No. 233160
*kduffy@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Tamalpais Bank of San Rafael, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tamalpais Bank of San Rafael, California,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK GARWOOD, ALLAN BORTEL, RICHARD SMITH, CAROLYN HORAN, JAMES WILLIAMS, JEFFERY TAPPEN, MICHAEL RICE, and NANCY GRAUTEN,<br><br>        Defendants. | No. 3:14-cv-00390 WHO<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL DATES**<br><br><br><br><br><br>Complaint Filed:   January 27, 2104<br>Trial Date:            None Set |

It is hereby stipulated by and between the FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tamalpais Bank of San Rafael, California ("FDIC-R"), on the one hand, and MARK GARWOOD, ALLAN BORTEL, CAROLYN HORAN, JAMES WILLIAMS, JEFFERY TAPPEN, MICHAEL RICE, and NANCY GRAUTEN, on the other hand, through their respective counsel, as follows:

1.    On May 14, 2014, the Court issued its Civil Pretrial Order, which set forth, among other things, various pretrial and trail dates [Dkt. 28].

2.    On June 6, 2014, the Court entered its Order Resolving Dispute Over Loan Files, and ordered that hard copies of Tamalpais Bank files be provided to Defendants for review and copying [Dkt. 31].

3.    On August 21, 2014, Defendants reviewed 70 boxes of documents produced by FDIC-R pursuant to the Court's June 16, 2014 at its facility in Dallas, Texas.  One file appeared to be an "original" loan file that defendants were seeking and was in the possession of the FDIC-R.

4.    FDIC-R's counsel was able to locate additional loan files for twelve (12) of the loans at issue in the Complaint that were sold by Tamalpais Bank to CBRE Capital Partners U.S. Special Situations I, L.P. ("CBRE") and/or Coastal Capital Partners, LLC ("Coastal Capital") prior to when FDIC-R took over Tamalpais Bank  These files appear to be the "original" loan files that defendants were seeking and were in the possession of CBRE and/or Coastal Capital and sent to their counsel in Los Angeles, California.  Those files were reviewed by counsel for the parties in Los Angeles on September 3, 2014.

5.    To date, the parties have not scheduled a mediation because defendants and their insurance carrier need to review the original loan files in order to evaluate the case.

6.    Now that certain original loan files have been located and made available for review and copying, the parties are in the process of selecting a mediator and mediation date and are hopeful that mediation can take place by the end of November 2014 or the beginning of December 2014.

7. In light of foregoing, the parties are desirous of focusing their efforts on completing mediation and therefor continuing the pretrial and trial dates scheduled in the Civil Pretrial Order for a period of four months, assuming that a mediation is held in either November or December 2014. If mediation is not held until after December 2014, the parties may request a further continuance from the Court.

8. Accordingly, the parties agree that the following dates be continued as follows:

| | |
|---|---|
| Discovery cutoff | From January 2, 2014 to May 4, 2015 |
| Expert disclosure: | From January 23, 2014 to May 25, 2015 |
| Expert rebuttal: | From February 13, 2014 to June 15, 2015 |
| Expert discovery cutoff: | From March 6, 2014 to August 6, 2015 |
| Motions heard by: | From May 6, 2015 to September 9, 2015 |
| Pretrial Conference: | From July 13, 2014 to November 16, 2015 |
| Trial: | From August 24, 2014 to January 25, 2016 |

SO STIPULATED.

DATED: October 9, 2014        BARTKO, ZANKEL, BUNZEL & MILLER
                              A Professional Law Corporation


                              By: _____
                                          Charles G. Miller
                                        Attorneys for Plaintiff
                                   FEDERAL DEPOSIT INSURANCE
                              CORPORATION, as Receiver for Tamalpais Bank of
                                         San Rafael, California

DATED: October 9, 2014        PILLSBURY WINTHROP SHAW PITTMAN LLP


                              By: _____
                                       Christine A. Scheuneman
                                       Attorneys for Defendants

                              MARK GARWOOD, ALLAN BORTEL, RICHARD
                              SMITH, CAROLYN HORAN, JAMES WILLIAMS,
                              JEFFERY TAPPEN, and NANCY GRAUTEN

DATED:  October 9, 2014

COOKE KOBRICK & WU LLP

By: _____
Christopher C. Cooke
Attorneys for Defendant
MICHAEL RICE

IT IS HEREBY ORDERED that the following scheduling deadlines and hearing dates have been set (please note revised pretrial conference date):

| Discovery cutoff | May 4, 2015 |
|---|---|
| Expert disclosure: | May 25, 2015 |
| Expert rebuttal: | June 15, 2015 |
| Expert discovery cutoff: | July 6, 2015 |
| Motions heard by: | September 9, 2015 |
| Pretrial Conference: | **December 14, 2015** |
| Trial: | January 25, 2016 |

DATED:  October 14, 2014



_____
WILLIAM H. ORRICK
United States District Judge