1   CHRISTINE A. SCHEUNEMAN #113811
    christine.scheuneman@pillsburylaw.com
2   REBECCA TIERNEY #274283
    rebecca.tierney@pillsburylaw.com
3   PILLSBURY WINTHROP SHAW PITTMAN LLP
    725 South Figueroa Street, Suite 2800
4   Los Angeles, CA  90017-5406
    Telephone: (213) 488-7100
5   Facsimile:  (213) 629-1033

6   Attorneys for Defendants
    MARK GARWOOD, ALLAN BORTEL,
7   CAROLYN HORAN, JAMES WILLIAMS,
    JEFFREY TAPPAN, and NANCY GRAUTEN
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12
                                          )
13  FEDERAL DEPOSIT INSURANCE             )   Case No. 3:14-cv-00390-WHO
    CORPORATION, as Receiver for Tamalpais )
14  Bank of San Rafael, California,        )
                                          )
15                       Plaintiff,        )   **ORDER**
                                          )   **Re STIPULATION**
16       vs.                               )   **TO CONTINUE FURTHER**
                                          )   **CASE MANAGEMENT CONFERENCE**
17  MARK GARWOOD, ALLAN BORTEL,           )
    RICHARD SMITH, CAROLYN HORAN,         )
18  JAMES WILLIAMS, JEFFREY TAPPAN,       )
    MICHAEL RICE, and NANCY GRAUTEN,      )
19                                         )
                         Defendants.       )   **Complaint Filed:  January 27, 2014**
20                                         )   **Trial Date:          January 25, 2016**
                                          )
21                                         )

22

23

24

25

26

27

28

20141212 Order Re Stipulation to Continue Further CMC.docx

1

2
<u>ORDER</u>

3
The Court, having considered the Stipulation of the parties, and finding good cause,

4
IT IS HEREBY ORDERED that the Further Case Management Conference is continued

5
from January 6, 2015, to January 20, 2015, at 2:00 p.m.

6

7
Dated: December 18, 2014

8
William H. Orrick
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20141212 Order Re Stipulation to Continue Further CMC.docx    1