UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK GARWOOD, et al.,<br><br>    Defendants. | Case No. 14-cv-00390-WHO<br><br>**ORDER REQUIRING PARTICIPATION AT SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 42, 44 |

At the request of the parties, and for good cause shown, on January 20, 2015 the Court ordered an expedited settlement conference in this matter. Magistrate Judge Ryu graciously made herself available on short notice and set the settlement conference on February 23, 2015. Dkt. No. 44. The parties want a different date, but their only choices are February 23 or 24, 2015. Absent further order from Judge Ryu, the parties and their insurers **shall** attend the settlement conference in person on February 23, 2015 and **shall** comply with all aspects of her Order Setting Settlement Conference. Dkt. No. 44. If February 24, 2015 is more convenient for the parties, they should so stipulate and contact Judge Ryu on or before February 6, 2015.

    **IT IS SO ORDERED**.

Dated: February 3, 2015

_____
WILLIAM H. ORRICK
United States District Judge