Charles G. Miller, State Bar No. 39272
cmiller@bzbm.com
C. Griffith Towle, State Bar No. 146401
ctowle@bzbm.com
Michael D. Abraham, State Bar No. 125633
mabraham@bzbm.com
Kerry L. Duffy, State Bar No. 233160
kduffy@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Tamalpais Bank of San Rafael, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tamalpais Bank of San Rafael, California,<br><br>Plaintiff,<br><br>v.<br><br>MARK GARWOOD, ALLAN BORTEL, RICHARD SMITH, CAROLYN HORAN, JAMES WILLIAMS, JEFFERY TAPPEN, MICHAEL RICE, and NANCY GRAUTEN,<br><br>Defendants. | No. 3:14-cv-00390 WHO<br><br>**ORDER (AS MODIFIED) GRANTING PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION'S REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>Date:       February 24, 2015<br>Time:      11:00 a.m.<br>Location: Courtroom 4 – 3rd Floor<br>              Magistrate Donna M. Ryu<br><br>Complaint Filed: January 27, 2014<br>Trial Date:          None Set |

The Court, having considered Plaintiff Federal Deposit Insurance Corporation's Request to be Excused from Personal Appearance at Settlement Conference, and good cause appearing:

**IT IS HEREBY ORDERED** that a representative from Plaintiff Federal Deposit Insurance Corporation is excused from physically attending the Settlement Conference in this matter on February 24, 2015 on the condition that a representative with settlement authority be available by telephone for the duration of the Settlement Conference.

If the court concludes that the absence of the representative from Plaintiff Federal Deposit Insurance Corporation is interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party including Plaintiff Federal Deposit Insurance Corporation's representative.

Dated: February 12, 2015



_____
Magistrate Judge Donna M. Ryu

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu