United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., | No. C-14-00390 WHO (DMR) |
| Plaintiff(s), | **ORDER RE REQUEST FOR TELEPHONIC APPEARANCES AT SETTLEMENT CONFERENCE** |
| v. | |
| MARK GARWOOD ET AL, | |
| Defendant(s). _____/ | |

    Defense counsel filed a request for telephonic (rather than personal) appearances by Defendants Nancy Grautan, James Williams, and Jeffrey Tappan ("the Requesting Defendants") at the February 24, 2015 settlement conference. Defense counsel generally stated that due to "personal reasons," personal appearance would result in "extraordinary hardship" for the Requesting Defendants. [Docket no. 51.]

    Third Party Travelers' Insurance objected to the request by sending an email to the court, copied to defense counsel.

    The court does not have adequate information to evaluate the request. Therefore, by February 19, 2015, each of the Requesting Defendants shall file a sworn declaration setting for the specific facts supporting his or her request for telephonic appearance.

1     IT IS SO ORDERED.

3   Dated: February 18, 2015



DONNA M. RYU
United States Magistrate Judge