UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., | No. C-14-00390 WHO (DMR) |
| Plaintiff(s), | **ORDER RE REQUEST FOR TELEPHONIC APPEARANCES AT SETTLEMENT CONFERENCE** |
| v. | |
| MARK GARWOOD ET AL, | |
| Defendant(s). | |

Defense counsel filed a request for telephonic (rather than personal) appearances by Defendants Nancy Grautan, James Williams, and Jeffrey Tappan ("the Requesting Defendants") at the February 24, 2015 settlement conference. [Docket No. 51.] Third Party Travelers' Insurance objected to the request by sending an email to the court, copied to defense counsel.

On February 18, 2015, the court ordered each of the Requesting Defendants to file a sworn declaration by February 19, 2015 setting forth specific facts supporting his or her request for telephonic appearance. [Docket No. 52.] Instead of filing the declarations as ordered, Requesting Defendants Grautan and Tappan emailed their declarations to an address that the court does not regularly monitor; therefore, the court only received the declarations this afternoon.[1] The court

---

[1] Williams did not provide a declaration and has confirmed his personal attendance.

1  instructed Requesting Defendants Grautan and Tappan to immediately provide their declarations to
2  Travelers' Insurance.
3      Upon review of the declarations, the court finds good cause to allow Grautan and Tappan to
4  appear by telephone at the settlement conference. Therefore, IT IS HEREBY ORDERED that
5  Defendants Grautan and Tappan be available by telephone from 11:00 a.m. Pacific Time until
6  further notice on February 24, 2015. If the court concludes that the absence of Grautan and Tappan
7  is interfering with the settlement conference, the court may continue the settlement conference and
8  may order personal attendance by each party.

10      IT IS SO ORDERED.

12  Dated: February 20, 2015



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2