Charles G. Miller, State Bar No. 39272
*cmiller@bzbm.com*
C. Griffith Towle, State Bar No. 146401
*ctowle@bzbm.com*
Michael D. Abraham, State Bar No. 125633
*mabraham@bzbm.com*
Kerry L. Duffy, State Bar No. 233160
*kduffy@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Tamalpais Bank of San Rafael, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tamalpais Bank of San Rafael, California,<br><br>Plaintiff,<br><br>v.<br><br>MARK GARWOOD, ALLAN BORTEL, RICHARD SMITH, CAROLYN HORAN, JAMES WILLIAMS, JEFFERY TAPPEN, MICHAEL RICE, and NANCY GRAUTEN,<br><br>Defendants. | No. 3:14-cv-00390 WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER**<br><br>Date: March 24, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 2 – 17th Floor<br><br>Complaint Filed: January 27, 2104<br>Trial Date: None Set |

The parties are pleased to announce that all issues have been resolved and the parties (and the D&O insurer) are working to finalize the settlement documentation. It is requested that the Case Management Conference be continued for ninety (90) days in order to give the parties sufficient time to document the settlement, which should result in dismissal of the case with prejudice before the rescheduled Case Management Conference.

DATED: March 10, 2015

                                       BARTKO, ZANKEL, BUNZEL & MILLER
                                       A Professional Law Corporation

                                       By: _____
                                                Charles G. Miller
                                              Attorneys for Plaintiff
                                   FEDERAL DEPOSIT INSURANCE
                   CORPORATION, as Receiver for Tamalpais Bank of
                                    San Rafael, California

DATED: March 10, 2015

                                     PILLSBURY WINTHROP SHAW PITTMAN LLP

                                       By: _____
                                            Christine A. Scheuneman
                                           Attorneys for Defendants
                                MARK GARWOOD, ALLAN BORTEL,
                       CAROLYN HORAN, JAMES WILLIAMS,
                   JEFFREY TAPPAN and NANCY GRAUTEN

DATED: March 10, 2015

                                     COOKE KOBRICK & WU LLP

                                       By: _____
                                            Christopher Cooke
                                            Attorneys for Defendant
                                              MICHAEL RICE

1 **ORDER**

2 Based on the Stipulation of Counsel, and good cause appearing, **IT IS HEREBY**

3 **ORDERED** that the Case Management Conference be rescheduled to June 2, 2015 at 2:00 P.M.

4

5 Dated: March 11, 2015

_____
UNITED STATES DISTRICT JUDGE