1 | Charles G. Miller, State Bar No. 39272
*cmiller@bzbm.com*

2 | C. Griffith Towle, State Bar No. 146401
*ctowle@bzbm.com*

3 | Michael D. Abraham, State Bar No. 125633
*mabraham@bzbm.com*

4 | Kerry L. Duffy, State Bar No. 233160
*kduffy@bzbm.com*

5 | BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation

6 | One Embarcadero Center, Suite 800
San Francisco, California  94111

7 | Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

8 |

9 | Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Tamalpais Bank of San Rafael, California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Tamalpais Bank of San Rafael, California, <br><br> Plaintiff, <br><br> v. <br><br> MARK GARWOOD, ALLAN BORTEL, RICHARD SMITH, CAROLYN HORAN, JAMES WILLIAMS, JEFFERY TAPPEN, MICHAEL RICE, and NANCY GRAUTEN, <br><br> Defendants. | No. 3:14-cv-00390 WHO <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER** <br><br> Date:          June 2, 2015 <br> Time:          2:00 p.m. <br> Location:    Courtroom 2 – 17th Floor <br><br> Complaint Filed:   January 27, 2104 <br> Trial Date:            None Set |

*(Left margin, vertical text)* BARTKO ZANKEL BUNZEL One Embarcadero Center, Suite 800 San Francisco, CA 94111 Phone (415) 956-1900 • Fax (415) 956-1152

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-00390 WHO

1    The parties are pleased to announce that the Settlement Agreement has been signed

2  by all parties as of May 6, 2015.  Funding must be made by June 20, 2015.  Once the funds are

3  received, FDIC has up to ten (10) business days to file a Stipulation for Dismissal with Prejudice,

4  to wit, to June 30, 2015.  Accordingly, it is requested that the Case Management Conference be

5  continued until sometime after June 30, 2015 in order to complete the settlement before the

6  rescheduled Case Management Conference.

7  DATED:  May 8, 2015

8                                                    BARTKO, ZANKEL, BUNZEL & MILLER
                                                     A Professional Law Corporation
9

10                                                   By:  _____//Charles G. Miller_____
                                                              Charles G. Miller
11                                                          Attorneys for Plaintiff
                                                     FEDERAL DEPOSIT INSURANCE
12                                                   CORPORATION, as Receiver for Tamalpais Bank of
                                                              San Rafael, California
13

14  DATED:  May 8, 2015

15

16                                                   PILLSBURY WINTHROP SHAW PITTMAN LLP

17                                                   By:  _____//Christine A. Scheuneman_____
                                                              Christine A. Scheuneman
18                                                          Attorneys for Defendants
                                                     MARK GARWOOD, ALLAN BORTEL,
19                                                   CAROLYN HORAN, JAMES WILLIAMS,
                                                     JEFFREY TAPPAN and NANCY GRAUTEN

20  DATED:  May 8, 2015

21                                                   COOKE KOBRICK & WU LLP

22

23                                                   By:  _____//Christopher Cooke_____
                                                              Christopher Cooke
24                                                          Attorneys for Defendant
                                                              MICHAEL RICE

25

26

27

28

-2-

2318.001/897598.2

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTKO ZANKEL BUNZEL
BARTKO·ZANKEL·BUNZEL·MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

## ORDER

Based on the Stipulation of Counsel, and good cause appearing, **IT IS HEREBY ORDERED** that the Case Management Conference be rescheduled to July _7_, 2015 at 2:00 P.M.

Dated: __May 11____, 2015



_____
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-00390 WHO